**ORIGINAL** **FILED**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

SEP - 9 2020

Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>GUY ZACHARY KLOSSNER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:20MJ743<br>)<br>)  **SEALED**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2020__ in the county of __Denton__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat |
| 18 U.S.C. § 875(c) | Interstate Communications with Intent to Extort |

This criminal complaint is based on these facts:
See the attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Capitol Police, Vincent Veloz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2020

_____
*Judge's signature*

City and state: Plano, Texas

Kimberly C. Priest Johnson, Magistrate Judge
*Printed name and title*