UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 4:20-MJ-00743-KPJ |
| | § | |
| GUY ZACHARY KLOSSNER | § | |

FILED
SEP 10 2020
Clerk, U.S. District Court
Eastern District of Texas

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING

I, **GUY ZACHARY KLOSSNER**, charged in this District with a Complaint, having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination/hearing, do hereby waive (give up) my right to a preliminary examination/hearing.

September 10, 2020
Date

_____
Defendant

_____
Defendant's Attorney