IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | SEALED |
| v. | § | No. 4:20CR____ |
| | § | Judge Jordan |
| GUY ZACHARY KLOSSNER | § | |

### INDICTMENT

FILED
OCT 15 2020
Clerk, U.S. District Court
Texas Eastern

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official)

On or about July 24, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, did knowingly threaten to murder Member of Congress #1 and did so with the intent to impede, intimidate, interfere with, or retaliate against Member of Congress #1 while he was engaged in the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

### Count Two

Violation: 18 U.S.C. § 875(c) (Interstate Communications- Threats)

On or about July 24, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, did knowingly, with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted in

interstate and foreign commerce, a communication containing a threat to injure the person of another, namely a Member of Congress #1.

In violation of 18 U.S.C. § 875(c).

### Count Three

Violation: 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official)

On or about September 3, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, by means of telephone, did knowingly threaten to murder Member of Congress #2 and did so with the intent to impede, intimidate, interfere with, or retaliate against Member of Congress #2 while he was engaged in the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

### Count Four

Violation: 18 U.S.C. § 875(c) (Interstate Communications- Threats)

On or about September 3, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, did knowingly, with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted the communication by means of telephone, in interstate and foreign commerce, a threat to injure the person of another, namely Member of Congress #2.

In violation of 18 U.S.C. § 875(c).

## Count Five

Violation: 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official)

On or about September 3, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, by means of Facebook message, did threaten to murder Member of Congress #2 and did so with the intent to impede, intimidate, interfere with, or retaliate against Member of Congress #2 while he was engaged in the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

## Count Six

Violation: 18 U.S.C. § 875(c) (Interstate Communications-Threats)

On or about September 3, 2020, within the Eastern District of Texas, **Guy Zachary Klossner**, defendant, did knowingly with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted the communication by means of Facebook message, in interstate and foreign commerce, a threat to injure the person of another, namely Member of Congress #2.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY


_____   10/15/2020
TRACEY M. BATSON              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR____ Judge _____ |
| GUY ZACHARY KLOSSNER | § § | |

## NOTICE OF PENALTY

### Counts One, Three and Five

Violation: Violation: 18 U.S.C. § 115(a)(1)(B).

Penalty: Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00, or both; supervised release of at least two years but not more than five years.

Special Assessment: $100.00

### Counts Two, Four and Six

Violation: 18 U.S.C. § 875(c)

Penalty: Imprisonment for not more than five years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three years.

Special Assessment: $100.00