IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 4:20CR288 |
| v. | § § | Judge Jordan |
| GUY ZACHARY KLOSSNER | § § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Guy Zachary KLOSSNER ("KLOSSNER")**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Denise Solis Benson**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On Friday July 24, 2020, at approximately 11:02 a.m. (EST) an unknown subject, later identified as KLOSSNER, who was using the name "You're F. Dead" and the email ldap@unt.edu as his contact information, sent a threatening email message to kill United States "Congressman 1" and his family. The threatening email message was subsequently reported to USCP/TAS on Monday July 27, 2020 by Congressional staff.

2. Specifically, KLOSSNER made the following statement:

    "I intend to kill your family. You're fucking dead, Yoho"

It was determined that the threatening email originated from KLOSSNER's work email located in Denton, Texas, Eastern District of Texas.

3. On September 10, 2020, KLOSSNER voluntarily spoke with law enforcement. KLOSSNER admitted that he sent the threatening email to the Congressman because he was angry.

4. I, Guy Zachary KLOSSNER, knowingly threatened to murder a Member of Congress with the intent to impede, intimidate, interfere with, or retaliate against the Member of Congress while he was engaged in the performance of his official duties.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute violations of 18 U.S.C. § 115(a)(1)(B).

Dated: 04/10/21

_____
GUY ZACHARY KLOSSNER
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **Guy Zachary Klossner**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 4/12/21

_____
DENISE SOLIS BENSON
Attorney for Defendant